**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jose PATINO–JAIMES, Also Known as Jose Patino, Also Known as Jose Patino Jaimes, Also Known as Mario Cantu, Defendant–Appellant.**

**No. 16-40419**
**Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Date Filed: 11/04/2016

---

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

Jose Patino-Jaimes, Pro Se

Before JOLLY, SMITH, and GRAVES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Jose Patino-Jaimes has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Patino-Jaimes has filed a response. We have reviewed counsel's brief, relevant portions of the record, and Patino-Jaimes's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.